In the United States District Court
For the Eastern District of Pennsylvania

United States   V.   Alberto Cintron Jr.

Criminal No. 2:24-cr-00177-001

Notice of Appeal

Notice is hereby given that Defendant Alberto Cintron Jr. appeals to the United States court of Appeals for the third Circuit from the Judgement of Conviction and Sentence entered in this case on December 18, 2025, and from any and all orders and Rulings that merge into that judgement.

Respectfully Submitted

Alberto Cintron Jr.
Reg No. 13927-511
P.O. Box 562
Phila PA 19105

January 1, 2026

A Cintron



Alberto Cintron 13927-511
P.O. Box 562
F.D.C.P.
Phila P.A., 19105

PHILADELPHIA PA 190

5 JAN 2026 PM 6 L

FOREVER

Clerk of Courts
601 Market St.
Philadelphia P.A., 19106

RECEIVED
JAN - 7 2026

RECEIVED
JAN - 7 2026

Case 2:24-cr-00177-JMY   Document 130   Filed 01/05/26   Page 2 of 2